**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1469

_____

United States of America,   *
            *
    Appellee,    *
            * Appeal from the United States
  v.         * District Court for the
            * Western District of Missouri.
Benjamin Wayne McCoin,   *   [UNPUBLISHED]
            *
    Appellant.    *

_____

Submitted: July 10, 1997
Filed: July 16, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Benjamin Wayne McCoin, confined at the U.S. Medical Center for Federal Prisoners (MCFP), Springfield, Missouri, appeals the district court's[1] judgment committing him to the custody of the Attorney General pursuant to 18 U.S.C. § 4246. Because McCoin's notice of appeal was not filed within the sixty-day time period provided by Federal Rule of Appellate Procedure 4(a)(1), we lack jurisdiction. See

---

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

<u>United States v. Vanornum</u>, 912 F.2d 1023, 1025 (8th Cir. 1990). Accordingly, we dismiss. <u>See</u> 8th Cir. R. 47A(a).

A true copy.


Attest:


CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.